# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES J. HEBERT,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2784** |
| **DARREL VANNOY,** Defendant | **SECTION "E" (1)** |

## ORDER

On April 28, 2017, Petitioner James J. Hebert filed a petition seeking a writ of habeas corpus.[1] The petition was referred to the U.S. Magistrate Judge. On December 20, 2017, Magistrate Judge van Meerveld issued her Report and Recommendation,[2] recommending that Herbert's petition for habeas corpus relief be dismissed with prejudice.[3] Objections to Magistrate Judge van Meerveld's report were due by January 3, 2018. Having received no objections, this Court adopts Magistrate Judge van Meerveld's report and recommendation in full.

Accordingly;

**IT IS ORDERED** that Petitioner James J. Hebert's petition for a writ of habeas corpus is hereby **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana on this 16th day of January, 2018.**

_____
**SUSIE MORGAN**
**U.S. DISTRICT COURT JUDGE**

---

[1] R. Doc. 3.
[2] R. Doc. 12.
[3] *Id.*